## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**YANA LEONOVA**<br>**aka "YANA LIAVONAVA"** | Case: 1:24-mj-00252<br>Assigned to: Judge Faruqui, Zia M.<br>Assign Date: 8/14/2024<br>Description: COMPLAINT W/ ARREST WARRANT<br><br>**UNDER SEAL** |

### ORDER

Having considered the Government's Motion to Seal the Complaint, Affidavit, Arrest Warrant, and related paperwork ("Motion to Seal"), and for good cause stated therein, the Court makes the following findings:

1. Sealing the Complaint, Affidavit, Arrest Warrant, the Motion to Seal, and this Order in the above-captioned matter will further the legitimate prosecutorial interest in obtaining custody of the defendant.

2. The public docketing at this time of these materials could also cause defendant and her coconspirators to flee and destroy evidence.

3. Accordingly, these facts present a legitimate basis for sealing the Complaint, Affidavit, Arrest Warrant, and related paperwork.

Based on the foregoing findings of fact, the Motion is hereby GRANTED, and it is hereby

ORDERED that, in the above-captioned matter, the Complaint, Affidavit, Arrest Warrant, Motion to Seal, and Order to Seal shall be sealed by the Clerk of the Court.

IT IS FURTHER ORDERED that, notwithstanding this Order to Seal, the Government may disclose the Complaint, Affidavit, Arrest Warrant, and this Order to (1) appropriate U.S. and foreign law enforcement officials and other officials and personnel to the extent that such disclosure is in furtherance of national security or efforts to locate, arrest, detain, transfer, extradite, or expel the defendant, and (2) the court, court officials, and defense counsel in this district or any other

appropriate district as necessary to conduct any court proceedings in that district.

It is FURTHER ORDERED that the Clerk's office shall not make any entry on the public docket in this case of the Complaint, Affidavit, Arrest Warrant, the Motion to Seal, and this Order to Seal until further order of this Court.

It is FURTHER ORDERED that these documents shall be unsealed upon oral motion of the Government to this Court or to any Court where the defendant is first presented.

It is FURTHER ORDERED that the Clerk of the Court shall provide to the United States Attorney's Office certified copies of the Complaint, Affidavit, Arrest Warrant, and the instant Motion to Seal and Order, upon request.

Date: August 14, 2024

_____
HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE