Rev: 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.                                                Criminal No.         24-421

YANA LEONOVA                                       Category      B

**SEALED**

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on __4/4/2025__ from __Judge Loren L. AliKhan__ to __Calendar Committee__ by direction of the Calendar Committee.

(Defendant is a Fugitive)

<u>JUDGE RUDOLPH CONTRERAS</u>
Chair, Calendar and Case
Management Committee

cc:     Judge Loren L. AliKhan           & Courtroom Deputy
        Calendar Committee

        U.S. Attorney's Office – Judiciary Square Building, Room 5133
        Statistical Clerk