UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | CRIMINAL NO.  24-cr-421 (LLA) |
| | : | |
| YANA LEONOVA, | : | <u>UNDER SEAL</u> |
| | : | |
| **Defendant.** | : | |
| | : | |

<u>NOTICE OF APPEARANCE</u>

Please enter the appearance of John W. Borchert, Assistant United States Attorney, as co-counsel in this case for the United States.  Mr. Borchert certifies that he is a member in good standing of the Bar of the District of Columbia.

                  Respectfully submitted,

                  JEANINE FERRIS PIRRO
                  United States Attorney

                   /s/   *John W. Borchert*
                  JOHN W. BORCHERT
                  Assistant United States Attorney
                  D.C. Bar No. 472824
                  National Security Section
                  601 D Street, NW
                  Washington, D.C. 20530
                  (202) 252-7679
                  john.borchert@usdoj.gov

November 4, 2025