NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.     Criminal Number  24-cr-00421

**Yana Leonova**
(Defendant)

TO:  ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA        ■ RETAINED        ☐ FEDERAL PUBLIC DEFENDER

*anna V. Brown*
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Anna V. Brown, admitted pro hac vice
(Attorney & Bar ID Number)

Brown Legal Consulting, LLC
(Firm Name)

10 Rittenhouse Road
(Street Address)

Frenchtown     NJ     08825
(City)     (State)     (Zip)

(856) 357-4651
(Telephone Number)